ROSSY ET AL., PETITIONERS, v. SIACA, ACTING SECRETARY OF PORTO RICO ET AL., RESPONDENTS.

PETITION for a Writ of *Mandamus* to the Secretary of Porto Rico Directing Him to Register the Municipal Ticket for San Juan of the Porto Rican Republican Party.

No. 146.—Decided at a Special Term on October 9, 1914.

The decision of this case is based on the grounds which will be set forth in an opinion of the court to be delivered later, and in order not to delay the printing of this volume the said opinion will be inserted in the proper place according to the date on which it is handed down.